Reeves v. The Philadelphia Gas Works Company, Appellant.

Argued October 11, 1932.

Before TREXLER, P. J., KELLER, GAWTHROP, CUNNINGHAM, BALDRIGE, STADTFELD and PARKER, JJ.

424

428

430

*W. Heyward Myers, Jr.,* and with him *Francis B. Bracken,* for appellant.

*Emanuel W. Beloff,* for appellee.

PER CURIAM, January 25, 1933:

The judgment is affirmed upon the opinion of the learned president judge of the court below.